UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREGORY JOLLY,

                Plaintiff,

        v.

ESTES EXPRESS LINES,

                Defendant.

**JUDGE:**

CIVIL ACTION NO. 2:24-CV-4149

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Estes Express Lines (referred to herein as "Defendant") hereby provides notice of removal of this action to the United States District Court for the Southern District of Ohio, from the Franklin County Common Pleas Court, Columbus, Ohio, and states as follows:

1. Plaintiff, proceeding *pro se*, filed this action in the Franklin County Common Pleas Court, on or about October 11, 2024, alleging that Defendant discriminated against and wrongfully terminated Plaintiff on the basis of his religion. (Complaint, pp 1-2). The Franklin County Common Pleas Court docketed the matter as Case Number 24CV-10-7824.

2. Defendant received the Civil Action Summons and Complaint on or about October 16, 2024, via certified U.S. Mail. A copy of the Summons and Complaint is attached hereto as Exhibit A. There have been no further proceedings in this case.

3. Pursuant to 28 U.S.C. § 1441:

(a) …[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by

the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4. Additionally, pursuant to 28 U.S.C. § 1332, the District Courts have original jurisdiction over all civil actions where the matter in controversy exceeds $75,000.00 and is between citizens of different states.

5. Plaintiff alleges in the Complaint that his address is 4775 Galton Ct, Columbus, Ohio (Complaint, p.1). Upon information and belief, Defendant therefore states that Plaintiff is therefore a citizen and resident of the State of Ohio. Defendant is a corporation organized under the laws of the Commonwealth of Virginia, and with its corporate offices located in Richmond, Virginia. Consequently, diversity of citizenship exists between Plaintiff and Defendant.

6. Plaintiff alleges in the Complaint that Defendant discriminated against him and terminated his employment on the basis of his religion (Complaint, pp. 1-2). Plaintiff demands damages in the amount of $250,000.00 (Complaint, p. 1). Based upon Plaintiff's allegations, Defendant thus maintains that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

7. Accordingly, diversity of citizenship jurisdiction exists pursuant to 28 U.S.C. § 1332 and this action is removable pursuant to 28 U.S.C. § 1441.

8. The United States District Court for the Southern District of Ohio, Eastern Division, is the judicial district embracing the place where this case is pending. *See* 28 U.S.C. § 115(b)(2).

9. Plaintiff initiated this action in Franklin County, which is located within this Court's venue.

10. This Notice of Removal is timely filed with this Court within thirty (30) days after Defendant first received a copy of the Complaint. *See* 28 U.S.C. § 1446(b).

11. In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders, including the Complaint, that have been served on Defendant are attached to this Notice of Removal as Exhibit A.

12. In compliance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal, with all attachments, is being filed in the Franklin County Common Pleas Court, Columbus, Ohio, on this date, a copy of which is attached as Exhibit B.

WHEREFORE, Defendant hereby provides notice that Case Number 24CV-10-7824, pending in the Franklin County Common Pleas Court, Columbus, Ohio, is removed to this Court for all further proceedings.

*/s/ Karen D. Adinolfi*
Karen D. Adinolfi (0073693)
Roetzel & Andress, LPA
222 South Main Street, Suite 400
Akron, Ohio  44308
Tel:  330-376-2700
Fax: 330-4577
Email: kadinolfi@ralaw.com

**ATTORNEY FOR DEFENDANT**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12, 2024, a true and correct copy

of the foregoing was served on the following via regular U.S. Mail:

Gregory Jolly
4775 Galton Court
Columbus, Ohio 43220

*/s/ Karen D. Adinolfi*
Attorney